IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BLESSOE WATSON**
**ADC #183919**                                                                 PLAINTIFF

v.                                  No. 3:25-cv-11-DPM

**VANS, Nurse, Wellpath Infirmary,
Grimes Unit; CRYSTAL REED, Nurse,
Wellpath Infirmary, Grimes Unit;
CANARD, Nurse, Wellpath; and
JASMINE HARRIS, Nurse, Wellpath
Infirmary, Grimes Unit**                                                     DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Motion to dismiss, *Doc. 4*, granted. Watson's complaint will be dismissed without prejudice. He's still responsible for the filing fee. 28 U.S.C. § 1915(b)(1). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 January 2025