## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**BLESSOE WATSON**
**ADC #183919**                                                    **PLAINTIFF**

v.                                          **No. 3:25-cv-11-DPM**

**VANS, Nurse, Wellpath Infirmary,**
**Grimes Unit;  CRYSTAL REED, Nurse,**
**Wellpath Infirmary, Grimes Unit;**
**CANARD, Nurse, Wellpath Infirmary,**
**Grimes Unit;  and JASMINE HARRIS,**
**Nurse, Wellpath Infirmary, Grimes Unit**            **DEFENDANTS**

## JUDGMENT

Watson's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 January 2025